Minute Order Form (rev. 4/99)

**MAGISTRATE JUDGE COX**   **JUDGE NORGLE**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **08CR 0049** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 GJ 0896 | DATE | JANUARY 17, 2008 |
| CASE TITLE | US v. MARK KOZIK & HEIDI KUNZ | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

THE GOVERNMENT WILL PREPARE A WRIT AT A LATER DATE SEEKING TO HAVE THE DEFENDANTS BROUGHT INTO FEDERAL CUSTODY AS TO BOTH DEFENDANTS. BOTH DEFENDANTS ARE IS CURRENTLY IN THE CUSTODY OF IDOC.

**RECEIVED**
JAN 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Date docketed | |
| | No notices required. | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | Date mailed notice | |
| | Docketing to mail notices | | | |
| | Mail AO 450 form. | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |