UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
1-24-08
JAN 2 4 2008

JUDGE CHARLES R. NORGLE
U.S. District Court Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 08 CR 49 |
| Plaintiff, | ) | |
| | ) | Judge Norgle |
| vs. | ) | |
| | ) | |
| MARK KOZIK AND HEIDI KUNZ | ) | |
| | ) | |
| Defendants. | ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name:         Heidi Kunz a/k/a Heidi Kozik
Date of Birth:
Sex:
Race:
Inmate No.:   L127297

has been and now is, in due form and process of law, detained at the following institution:

Lake County Jail
20 S. County St.
Waukegan, IL 60085

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Section 2113(a), and is now wanted in such division and district on February 15, 2008 at 10:30 a.m. for an arraignment before the Honorable Charles R. Norgle, Sr., in Courtroom 2341.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following persons:

UNITED STATES MARSHAL
Northern District of Illinois
Chicago, Illinois

SHERIFF
Lake County Jail
Waukegan, Illinois

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that defendant be returned forthwith to said institution from which he was brought unless otherwise directed by the Court.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *Sheri Mecklenburg*
Sheri H. Mecklenburg
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6030

2