UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 08 CR 49 |
| | ) | |
| Plaintiff, | ) | Judge Norgle |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK KOZIK and | ) | |
| HEIDI KUNZ | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name:          Heidi Kunz a/k/a "Heidi Kozik"
Date of Birth:
Sex:
Race:
Inmate No.:    L127297

has been and now is, in due process of law, incarcerated in the following institution:

Lake County Jail
20 S. County St.
Waukegan, IL 60085

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Section 2113(a), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois on February 15, 2008 at 10:30 a.m. for an arraignment before the Honorable Charles R. Norgle, Sr., in Courtroom 2341.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL
Northern District of Illinois
Chicago, Illinois

SHERIFF
Lake County Jail
Waukegan, Illinois

bring or cause to be brought before this Court, at said time on said date, in the United States Court

House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad

Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.


ENTER: 1-23-08


JUDGE


DATED at Chicago, Illinois
this __th day of January, 2008.

2