BR

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ VS. _____ FOR _____ AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Heidi Kunz

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony ☐ Misdemeanor
18 USC § 2113(a)

FILED Feb 15, 2008
FEB 15 2008
JUDGE _____
U.S. DISTRICT COURT

1. ☑ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: _____
District Court: 08 CR 49
Court of Appeals: _____

08 cv 49

## ASSETS

**EMPLOYMENT**
Are you *was* now employed? ☑ Yes ☐ No ☐ Am Self Employed  *NOT SINCE 9/26/07*
Name and address of employer: ATS Prof. Truck Driving School
IF YES, how much do you earn per month? $ 12.00/hr
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☑ Yes ☐ No  *NOT SINCE 9/26/07*
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ ? / Car (sedan) 2005 Pontiac Grand Prix

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Car payments | | $ 14,000 | $ 373.81 |
| rent | | $ | $ 960.00 |
| Student loan (in default) | | $ 42,000 | $ |
| various bills | | $ | $ 600.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2/15/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Heidi Kozik*