IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 49-2 |
| v. | ) | |
| | ) | Judge Charles R. Norgle |
| HEIDI KUNZ | ) | |

NOTICE OF MOTION

To:  Sheri Mecklenburg                     Clarke Devereux
     Assistant United States Attorney      Attorney for Mark Kozik
     219 South Dearborn, 5th Floor         53 West Jackson Boulevard
     Chicago, IL 60604                     Chicago IL 60604

PLEASE TAKE NOTICE that on Friday, March 28th, 2008, we shall appear before the Honorable Charles R. Norgle at 9:30 a.m. in his courtroom in the Federal Building, Chicago, Illinois, and we shall present the attached motion:

DEFENDANT KUNZ'S MOTION TO WITHDRAW
and APPOINT NEW COUNSEL

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By:   s/ Helen J. Kim

FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8344