**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                       Plaintiff,

v.                                                                      Case No.: 1:08−cr−00049
                                                                    Honorable Charles R. Norgle Sr.

Mark Kozik, et al.

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 28, 2008:

      MINUTE entry before Judge Honorable Charles R. Norgle, Sr as to Heidi Kunz (2): Motion to Withdraw and Appoint New Counsel [18] is granted. Helen Joong Kim is granted leave to withdraw her appearance as appointed counsel for the defendant, Heidi Kunz. The Federal Defender Program shall provide substitute counsel for the defendant. Motion hearing held on 3/28/2008. Status hearing is rescheduled from 4/18/2008 to 4/4/2008 at 10:30 a.m. Time is excluded until 4/4/2008. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.