

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                       Case Number: 08CR 49

U.S. v. KOZIIK

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HEIDI KUNZ

**FILED**
MAR 31 2008
Mar 31, 2008
JUDGE CHARLES R. NORGLE
U.S. District Court Judge

**FILED**
MAR 31 2008
JUDGE CHARLES R. NORGLE
U.S. District Court Judge

| NAME (Type or print) |
|---|
| Eugene Steingold |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Eugene Steingold |
| FIRM |
| The Law Offices of Eugene Steingold |
| STREET ADDRESS |
| 111 W. Washington Street, Suite 1051 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 02720310 | (312) 726-1060 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]     APPOINTED COUNSEL [X]