

**U.S. Department of Justice**

**United States Attorney**
**Northern District of Illinois**

| | |
|---|---|
| Sheri H. Mecklenburg<br>Assistant United States Attorney | Everett McKinley Dirksen Federal Building<br>219 South Dearborn Street                    (312) 469-6030<br>Room 5000                                         FAX (312) 353-4322<br>Chicago, Illinois 60604 |

July 9, 2008

Hon. Charles Norgle
United States District Court, Northern District of Illinois
219 S. Dearborn, Room 2346
Chicago, IL 60604

      **Re:**   *United States v. Kozik and Kunz,* 08 CR 49

Dear Judge Norgle:

     Enclosed is a copy of the written and the videotaped confessions of defendant Heidi Kunz, submitted to you in connection with the Government's Motion For Separate Trials, filed today.

                           Sincerely,

                           PATRICK J. FITZGERALD
                         United States Attorney

              By: s/Sheri H. Mecklenburg
                 SHERI H. MECKLENBURG
                 Assistant United States Attorney
                 219 S. Dearborn Street
                 Chicago, IL 60604
                 (312) 469-6030

Enclosures
cc: all counsel of record