DL/ID Image Retrieval



### DL-ID Image

Driver License/ID #: K52033277801
Name: HEIDI LOUISE KUNZ
Street: 7410 BARRY AVE
City: SPRING GROVE
Zip: 60081
Date Of Birth: 07/15/1977
Gender: FEMALE



[Close]     [Print]

Only for use as authorized by 625 ILCS 5/6-110.1 and 92 Ill. Adm. Code 1030.140. This information and image cannot be certified to be anything other than the information and image of the individual who presented himself or herself to the Secretary of State's Office with the required forms of identification.

2008