Report Number: 07-10050

# Fox Lake Police Department
## Miranda Warning

1. You have the right to remain silent. _____

2. Anything you say can, and will, be used against you in a court of law. _____

3. You have the right to talk to, and consult with a lawyer prior to any questioning, and have a lawyer present with you while you are being questioned. _____

4. If you decide to answer questions now, without a lawyer present, you still have the right to stop answering, at any time, until you talk to a lawyer. _____

5. If you are unable to afford a lawyer, the court will appoint one for you. _____

## IF YOU ARE A JUVENILE

6. As a juvenile, you may consult with your parents or legal guardian before any questioning begins and you may also have them present during any questioning if you so desire. _____

7. As a juvenile, you must also be aware that anything you say can, and will, be used against you in subsequent criminal proceedings if the case is transferred to adult court, after the appropriate hearing in juvenile court. _____

## ACKNOWLEDGEMENT AND WAIVER OF RIGHTS

The above statement of my rights has been read and explained to me and I fully understand what my rights are. I am ready and willing to answer questions or to make a statement without first consulting with a lawyer or without having a lawyer present during questioning.

In waiving my right to remain silent, I wish to state that no promises or threats have been made to me and no persuasion or coercion has been used against me.

Signed: X _Heidi Kozik_  Date: 09/26/07

Witness: OFC. Michael Ott #197  Time: 8:45 PM

Witness: _[signature]_ 209  Location: 7410 Barry Ave Spring Grove IL 60050

08/06