# Fox Lake Police Department

## Permission to Search

I, __HEIDI KOZIK__, have been informed by __DET Martin__ and __OFC Osking__ who made proper identification as (an) authorized law enforcement officer(s) of the __Fox Lake Police Dept__ of my CONSTITUTIONAL RIGHT not to have a search made of the premises and property owned by me and/or under my care, custody and control, without a search warrant. Knowing of my lawful right to refuse to consent to such a search, I willingly give my permission to the above named officer(s) to conduct a complete search of the premises and property, including all buildings and vehicles, both inside and outside of the property located at __7410 Barry Ave Spring Grove IL__

---

The above said officer(s) further have my permission to take from my premises and property, any letters, papers, materials or any other property or things which they desire as evidence for criminal prosecution in the case or cases under investigation.

This written permission to search without a search warrant is given by me to the above officer(s) voluntarily and without any threats or promises of any kind, at __9:00__ __P__ M.

On this __2nd__ day of __Sept__ 20__07__, at __9:00 PM__.

Signed __Heidi Kozik__

Witness __OFC. M. Ott #197__   Witness __DET JM 207__

Address __Fox Lake Police Dept.__   Address __For Lk PD__

Phone __847 587-3100__   Phone __587-3100__

Report # __07-10050__