Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 49 - 2 | **DATE** | 8/11/2008 |
| **CASE TITLE** | United States vs. Kozik, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in open court, at the hearing on the emergency motion, the matter is set for August 15, 2008 at 1:30 P.M. Defendant's motion to quash arrest and suppress statement remains under advisement. For now, the trial date set for August 26, 2008 stands.

*/s/ Charles Norgle*

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|