## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                      Case No.: 1:08–cr–00049
                                        Honorable Charles R. Norgle Sr.

Mark Kozik, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

        MINUTE entry before the Honorable Charles R. Norgle, Sr.as to Heidi Kunz: Evidentiary hearing is rescheduled from 8/26/2008 to 10/7/2008 at 10:00 a.m. Time is excluded until 10/7/2008. Mailed notice (ewf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.