# United States District Court, Northern District of Illinois

HHK

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 49 - 2 | **DATE** | 8/25/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. HEIDI KUNZ | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG 25 PM 5:18
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|