UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 08 CR 49 |
| Plaintiff, ) | |
| ) | Judge Norgle |
| vs. ) | |
| ) | |
| MARK KOZIK AND HEIDI KUNZ ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER

This matter, coming before the Court by Agreement of the parties, the UNITED STATES by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and Defendant HEIDI KUNZ, by her attorney, EUGENE STEINGOLD, the Court orders as follows:

The hearing on defendant KUNZ's Motion To Suppress shall be continued from August 26, 2008 to October 7, 2008 at 10:00 a.m., with time excluded in the interests of justice until and through October 7, 2008.

_____
JUDGE CHARLES R. NORGLE, SR.

Entered this 25 day
of August, 2008.